# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT INGRAM,<br><br>    Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and REXEL HOLDINGS USA CORP. LONG-TERM DISABILITY PLAN,<br><br>    Defendants. | Case No. 1:16-cv-00434-LJO-BAM<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 1:16-cv-00434-LJO-BAM, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED all dates be vacated and taken off the court's calendar.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:   **August 19, 2016**          /s/ Lawrence J. O'Neill
                                                           UNITED STATES CHIEF DISTRICT JUDGE

151673.1